COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

Terry Wayne Chilton and Chilton Financial Services, L.P.,

§ No. 08-15-00367-CV

§ Appeal from the

Appellants,

§ 260th District Court

v.

§ of Orange County, Texas

Rex McCorquodale, Ann McCorquodale and Knox McCorquodale,

§ (TC# D-130,258-C)

Appellees.

§

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **May 6, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Andrew L. Johnson, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before May 6, 2016.

IT IS SO ORDERED this 29th day of April, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes